# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-2530 MRW | Date | November 25, 2019 |
|---|---|---|---|
| Title | Jimenez v. Terry York Motor Cars et al. | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:** ORDER RE: MOTION FOR ENTRY OF JUDGMENT

    1.    The Court received and reviewed Defendant Land Rover Encino's motion for entry of final judgment. (Docket # 111.) Of significant concern to the Court are Ms. Crosby's allegations that Messrs. Mobasseri and Cooper failed to participate in a pre-filing conference as expressly required under Local Rule 7-3. (Docket # 111-2 and exhibits.)

    2.    Local Rule 7-3 serves an important purpose. A brief, candid discussion among the lawyers about whether it's necessary to troop down to court to resolve an issue can avoid a significant amount of waste – in time, money, and legal work – for counsel, their clients, and the Court. That's why the Court "may decline to consider a motion" that a litigant files without making the pre-filing effort to reach out to the other side. The flip side: a lawyer who violates Local Rule 7-3 faces potentially significant personal and professional repercussions. L.R. 83-7 (monetary sanctions, fee shift, and "such other sanctions as the Court may deem appropriate" for violation of any local rule).

    3.    Plaintiff's attorneys are ordered to show cause why they should not be found in violation of Local Rule 7-3. Their response to this OSC <u>and</u> the substantive response to the motion (or, if appropriate, a statement of non-opposition) will be due by Monday, December 9.