1  Elizabeth L. Kolar, Esq. SBN 168935
2  elizabeth@kolarandassociates.com
   Tami S. Crosby, Esq. SBN 129021
3  tami@kolarandassociates.com
4  **KOLAR & ASSOCIATES,**
   **A LAW CORPORATION**    NOTE: CHANGES MADE BY THE COURT
5  12241 Newport Avenue
   Santa Ana, California 92705
6  Tel  :  (714) 544-0041
7  Fax  :  (714) 544-0051
8
   Attorneys for Defendant/Cross-Claimant,
9  **TERRY YORK MOTOR CARS, LTD**
   **DBA LAND ROVER ENCINO**
10

11 **UNITED STATES DISTRICT COURT**

12 **EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE**

| | |
|---|---|
| 13  MARIA JIMENEZ, | Case No.: 2:18-CV-02530-MRW |
| 14         Plaintiff, | **[PROPOSED]** JUDGMENT |
| 15  vs. | Complaint Filed:  03/28/2018 |
| 16 | Trial Date:       02/03/2020 |
| 17  TERRY YORK MOTOR CARS, LTD | |
| 18  d/b/a LAND ROVER ENCINO, a | |
|     California company; JAGUAR LAND | |
| 19  ROVER NORTH AMERICA, LLC, a | |
| 20  Delaware limited liability company; and | |
|     DOES 1 through 100, Inclusive, | |
| 21       Defendants | |
| 22 | |
|     TERRY YORK MOTOR CARS, LTD | |
| 23  DBA LAND ROVER ENCINO | |
| 24       Cross-Claimant | |
| 25  v. | |
| 26  JAGUAR LAND ROVER NORTH AMERICA, | |
| 27  LLC; and ROES 1 through 100, inclusive, | |
| 28       Cross-Defendants. | |

This action came on for hearing on Defendant, TERRY YORK MOTOR CARS, LTD DBA LAND ROVER ENCINO's Motion for Summary Judgment on October 10, 2019. Honorable Michael R. Wilner, U.S. Magistrate Judge presided. The evidence presented having been fully considered, the issues having been duly briefed and heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the ruling of the Court on the Motion for Summary Judgment of Defendant, TERRY YORK MOTOR CARS, LTD DBA LAND ROVER ENCINO, as set forth **at Docket # 110,** ~~in the Court's Minute Order of October 22, 2019, appended hereto as Exhibit 1~~, Plaintiff MARIA JIMENEZ is to take nothing as against Defendant, TERRY YORK MOTOR CARS, LTD DBA LAND ROVER ENCINO, that the action be dismissed on the merits as to Defendant, TERRY YORK MOTOR CARS, LTD DBA LAND ROVER ENCINO and that Defendant, TERRY YORK MOTOR CARS, LTD DBA LAND ROVER ENCINO recover its costs. **Any cost bill or stipulation regarding such payment must be filed by February 15, 2020.**

DATED: January 6, 2020

HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE