# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JIMENEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>JAGUAR LAND ROVER NORTH AMERICA,<br><br>        Defendant. | Case No. CV 18-2530 MRW<br><br>INTERIM JUDGMENT |

It is the judgment of this Court that Defendant Jaguar Land Rover North America pay Plaintiff Maria Jimenez the sum of $30,279.30 following the jury's verdict in this matter.

Date: February 6, 2020

_____
HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE