# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JIMENEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>JAGUAR LAND ROVER NORTH AMERICA,<br><br>   Defendant. | Case No. CV 18-2530 (MRW)<br><br>**FINAL JUDGMENT**<br><br>**FRCP 54** |

  Following the verdict of the jury at trial and the Court's resolution of Plaintiff's post-trial motions, IT IS THE JUDGMENT of this Court that Defendant Jaguar Land Rover North America pay Plaintiff Maria Jimenez (a) the sum of $30,279.30 (jury verdict on damages) and (b) $173,127.47 in fees ($157,014.63) and costs ($16,112.84).

Dated: August 10, 2020

                _____
                HON. MICHAEL R. WILNER
                U.S. MAGISTRATE JUDGE